[Nos. 47797-8-I; 48551-2-I.   Division One.   June 10, 2002.]

*In the Matter of the Marriage of* PETER F. YOAKUM, *Respondent*, and KIMBERLY H. YOAKUM, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 97-3-09373-6, Steven G. Scott, J., entered November 13, 2000. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Schindler, JJ.

[No. 47854-1-I.   Division One.   June 10, 2002.]

BRIAN MASSEY, ET AL., *Plaintiffs*, v. WAYNE SHAKE, ET AL., *Defendants*, MICROSOFT CORPORATION, *Respondent*, OLSTEN STAFFING SERVICES, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-13469-8, Mary Yu, J., entered October 17, 2000. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Appelwick, JJ.

[No. 48012-0-I.   Division One.   June 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY ROGERS, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 22, 2002.

[No. 48079-1-I.   Division One.   June 10, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VADIM IVANOVICH DUTKA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03986-3, Marilyn Sellers, J. Pro Tem., entered January 5, 2001. *Affirmed in part* and *remanded* by unpublished per curiam opinion.